UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RUSTY RICHARDS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN HUDGINS,<br>F.P.C. Yankton,<br><br>　　　　　Respondent. | 4:17-CV-04100-LLP<br><br>ORDER FOR SERVICE |

　　　　Petitioner, Rusty Richards, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court directs the Petition in this case be served and that a response be filed. Accordingly,

　　　　IT IS ORDERED that:

　　　　(1)　the Clerk of Court shall serve upon Respondent and the United States Attorney for the District of South Dakota a copy of the Petition and this Order;

　　　　(2)　that within 21 days after service, Respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

　　　　(3)　that Petitioner may file a reply within 14 days of service of the Respondent's response.

　　　　DATED this 27th day of July, 2017.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_/s/ Veronica L. Duffy_____
　　　　　　　　　　　　　　　VERONICA L. DUFFY
　　　　　　　　　　　　　　　United States Magistrate Judge